FILED
APR 17 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARRIGO JESTER,

Petitioner,

v.

WILSON,

Respondent.

Civil Action No.1:19-cv-00643 (UNA)

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* habeas corpus petition ("Pet.") and application for leave to proceed *in forma pauperis*. Petitioner is a Georgia state prisoner designated to the Georgia State Prison, located in Reidsville, GA. Pet. at caption. Per his own admission, he was convicted in Georgia state court and sues the state judge who presided over his underlying his criminal matter. *See id.* at 1.

Petitioner challenges his conviction pursuant to 28 U.S.C. § 2254. *Id.* at 1. Habeas relief pursuant to 28 U.S.C. § 2254 is available only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Therefore, this court lacks jurisdiction over petitioner's § 2254 habeas action.

For the foregoing reasons, this action will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: April 16, 2019

United States District Judge